UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LOUINER LOUIS,

　　　　Plaintiff,

v.                                                                 Case No.: 2:19-cv-00704-JLB-MRM

WAL-MART ASSOCIATES, INC.,

　　　　Defendant.
_____/

## ORDER

　　　　The parties have filed a Notice of Settlement. (Doc. 21.) Pursuant to Local Rule 3.08(b), this action is **DISMISSED**, subject to the right of any party within sixty days to: (1) submit a stipulated form of final order or judgment; or (2) move to reopen the case for good cause. The Clerk is directed to close the case.

　　　　**ORDERED** in Fort Myers, Florida, on Wednesday, August 19, 2020.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE